**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al., )
                                     )
    Plaintiffs, )
                                       )
    v. ) Case No. 4:25-cv-01039 JAR
                                       )
THARP CONTRACTING, LLC, )
                                       )
    Defendant. )

## JUDGMENT

Pursuant to the Memorandum and Order issued on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered

in favor of Plaintiffs and against Defendant Tharp Contracting in the amount of $12,475.46.

Dated July 16, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE